No. 1337, Misc., October Term, 1966. THOMPSON *v.* THOMPSON ET AL., 388 U. S. 914;

No. 1471, Misc., October Term, 1966. HALL *v.* UNITED STATES, 387 U. S. 923;

No. 1494, Misc., October Term, 1966. HENDRICKS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, 386 U. S. 1041;

No. 1509, Misc., October Term, 1966. BELTOWSKI *v.* LARSON, JUDGE, 387 U. S. 912;

No. 1523, Misc., October Term, 1966. OSBORNE *v.* UNITED STATES, 387 U. S. 946;

No. 1547, Misc., October Term, 1966. BROWN *v.* UNITED STATES, 387 U. S. 947;

No. 1563, Misc., October Term, 1966. BROWN *v.* INDIANA, 387 U. S. 925;

No. 1565, Misc., October Term, 1966. CEPERO *v.* INDUSTRIAL COMMISSION OF PUERTO RICO, 387 U. S. 424;

No. 1572, Misc., October Term, 1966. PATTERSON ET AL. *v.* VIRGINIA ELECTRIC & POWER Co., 387 U. S. 426;

No. 1576, Misc., October Term, 1966. LLANES *v.* UNITED STATES, 388 U. S. 917;

No. 1600, Misc., October Term, 1966. GILMORE *v.* REAGAN ET AL., 387 U. S. 937;

No. 1606, Misc., October Term, 1966. CEPERO *v.* COLON ET AL., 387 U. S. 425;

No. 1624, Misc., October Term, 1966. WILLIAMS *v.* WILSON, WARDEN, 387 U. S. 939;

No. 1633, Misc., October Term, 1966. LUXEM *v.* CALIFORNIA, 388 U. S. 923;

No. 1674, Misc., October Term, 1966. HENSLEY ET AL. *v.* UNITED STATES, 388 U. S. 923; and

No. 1677, Misc., October Term, 1966. SKOLNICK *v.* FEDERAL CIRCUIT JUDGES OF SEVENTH JUDICIAL CIRCUIT, 387 U. S. 928. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.